**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HARVEY JONES
ADC #88202                                                                                              PLAINTIFF

V.                                          5:05CV00220 WRW/JTR

D.W. TATE, Captain, Cummins Unit,
Arkansas Department of Correction; and
HOBBS, Lieutenant, Cummins Unit, Arkansas
Department of Correction                                                                      DEFENDANTS

**ORDER**

Defendants in this § 1983 action have filed a Motion to Revoke IFP Status and a Supporting Brief in which they assert that Plaintiff's *in forma pauperis* status should be revoked, pursuant to 28 U.S.C. § 1915(g), because Plaintiff is a well-established three-striker, who does not satisfy the imminent danger exception to the three-strikes rule. *See* docket entries #26 and #27. The Court concludes that a Response from Plaintiff would be helpful to the resolution of Defendants' Motion. Importantly, Plaintiff's Response must include any documentation he has (such as medical forms or an affidavit that has been signed under penalty of perjury) to support his contention that he is currently in imminent danger of serious physical injury due to a lack of adequate medical care for his ear. The Court will determine if a hearing is necessary after it has reviewed Plaintiff's Response.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff shall file a Response to Defendants' Motion to Revoke IFP Status (docket entry #26) **within eleven days of the entry of this Order**.

2.      The Court reminds Plaintiff that the failure to timely and properly comply with this Order could result in Defendants' Motion being granted and/or the dismissal of this action, without

prejudice, pursuant to Local Rule 5.5(c)(2).[1]

Dated this 27th day of October, 2005.

                                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)